**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
Greenbelt Division

IN RE:                                                        Case No.: 25-18894-MCR
STEPHEN C MCCULLOCH
AKA STEPHEN CHRISTOPHER MCCULLOCH        Chapter: 13
    Debtor

---

## OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN

COMES NOW, Deutsche Bank National Trust Company, as Trustee for BCAP Trust LLC 2007-AA3, Mortgage Pass-Through Certificates, Series 2007-AA3 c/o Wells Fargo Bank, NA ("Creditor"), by and through counsel, and files this objection to the Chapter 13 Plan (the "Plan") (ECF No. 18) filed by Stephen C McCulloch aka Stephen Christopher McCulloch ("Debtor") on or about October 20, 2025, and as reasons therefor respectfully represents as follows:

1.      Creditor is a mortgage lender/servicer.

2.      On or about September 24, 2025, the Debtor filed a Voluntary Petition in this Court under Chapter 13 of the United States Bankruptcy Code (the "Petition") (ECF No. 1). Rebecca A. Herr is the Chapter 13 Trustee of the Debtor's bankruptcy estate (the "Trustee").

3.      Creditor holds a Deed of Trust solely secured by the Debtor's real property located in Prince George's County, Maryland, and improved by his principal residence known as 1700 Quarter Avenue, Capitol Heights, MD 20743 (the "Property").

4.      On or about October 20, 2025, the Debtor filed the Plan. The Plan treats Creditor's claim against the Property in Section 4.6.2. of the Plan, and states that the arrears owed to Creditor prior to the Petition, to be paid by the Trustee, are in the amount of $85,000.00. This amount understates the actual prepetition arrears owed to the Creditor.

5.      The deadline to file a proof of claim is December 3, 2025. Creditor has not yet filed its proof of claim but anticipates filing a proof of claim that will include prepetition arrears of approximately $124,000.00.[1]

6.      Debtor's Plan is underfunded to support Secured Claims, and is therefore not confirmable.

7.      Creditor does not oppose denial of the Plan with leave to amend or continuance, as

---

[1] TheCourt should consider this objection as an informal proof of claim for the purposes of noticing the Debtor and the Debtor's estate as to the existence and amount of Creditor's claim against the Property.

proper for disposition and processing of this matter.

WHEREFORE, the Creditor its successors and/or assigns prays that this Court:

1.  Enter an order DENYING confirmation of the Debtor's Chapter 13 Plan; and

2.  Grant such other and further relief as necessary.

Respectfully Submitted,

Dated:  __11/14/2025___  _____*/s/ Gregory C. Mullen*_____
Gregory Mullen, MD Fed. Bar No. 29635
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555 (phone)
301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Counsel for the Creditor*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of November, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Objection to Chapter 13 Plan will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Trustee                     Bennie Brooks, Esq.

I hereby further certify that on this 14th day of November, 2025, a copy of the Objection to Chapter 13 Plan was also mailed first class mail, postage prepaid, to:

Stephen C McCulloch aka Stephen Christopher McCulloch
1700 Quarter Avenue
Capitol Heights, MD 20743

_____*/s/ Gregory C. Mullen*_____
Gregory Mullen, MD Fed. Bar No. 29635
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555 (phone)
301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Counsel for the Creditor*

BWW#: MD-357578